# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

GERRY RANSON,

    Plaintiff,

v.                          CASE NO. 4:08cv504-RH/AK

NURSE McCULLUGH,

    Defendant.

_____/

## ORDER FOR TRANSFER

This case is before the court on the magistrate judge's report and recommendation (document 17). No objections have been filed. Upon consideration,

    IT IS ORDERED:

    The report and recommendation is ACCEPTED and adopted as the court's opinion. This case is transferred to the United States District Court for the Middle District of Florida, Jacksonville Division. The clerk must take all steps necessary to effect the transfer.

    SO ORDERED on July 1, 2009.

                                          s/Robert L. Hinkle
                                          United States District Judge